JANUARY 08, 2015

65,633-02

KEVIN LEE JONES
ELLIS UNIT-TDCJ #1247900
1697 F.M. 980
Huntsville, Texas 77343

COURT OF CRIMINAL APPEALS
ABEL ACOSTA, CLERK
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

RE: REQUESTING EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION
    OF STATE HABEAS APPLICATION CAUSE NUMBER: D-1-DC-03-3031020-B
    (WR-65,633-02)

DEAR HONORABLE CLERK,

    I AM REQUESTING AN EXTENSION OF TIME TO FILE MOTION FOR RECON-
SIDERATION OF STATE HABEAS APPLICATION. ON JANUARY 08, 2015I SENT
A LETTER REQUESTING A COPY OF THE CONCLUSION OF LAW AND FINDING OF
FACTS (ON MERITS), IN ACCORDANCE WITH THE CODE OF CRIMINAL PROCEDURE
ANN. ARTICLE 11.07(b)(c)(d), SECTION 5 and 7 (EX PARTE FERMINE LOUIS
CASTILLO, 2011 TEX. CRIM. APP. LEXUS 1593, NO. WR-75,361-01). SEE
ALSO MICHAEL MORTON SENATE BILL 16.11, 8.25 (TRANSPARENCY).

    THANK YOU FOR YOUR TIME AND CONSIDERATION WITH THIS MATTER.

                                        SINCERELY,

                                        KEVIN JONES
                                        ELLIS UNIT -TDC #1247900
                                        1697 F.M. 980
                                        HUNTSVILLE, TEXAS 77343

                        INMATE DECLARATION

    I, KEVIN LEE JONES, AM THE APPLICANT, AND BEING PRESENTLY INCAR-
CERATED IN THE TEXAS DEPT. OF CIMINAL JUSTICE- ELLIS UNIT, DECLARE
UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE, AS STATED IN THE ABOVE REQUEST FOR EXTEN-
SION ARE TRUE AND CORRECT.

                            SIGNED ON JANUARY 08, 2015

                            SIGNATURE OF APPLICANT

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk